# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Phong Quoc Do                                             CHAPTER 7

                          Debtor(s)

                                                        BKY. NO. 21-10246 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FLAGSTAR BANK, FSB and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ Maria D. Miksich, Esq.

                                           Brian C. Nicholas, Esq. (317240)
                                           Maria D. Miksich, Esq. (319383)
                                           Rebecca A. Solarz, Esq. (315936)
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106
                                           412-430-3594
                                           bkgroup@kmllawgroup.com