# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10246-TPA |
| | : | |
| Phong Quoc Do, | : | CHAPTER 7 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

March 25, 2021

April 1, 2021

April 8, 2021

April 15, 2021

April 22, 2021

April 29, 2021


**Next Payment Advice Expected (post-filing):**

May 6, 2021


K.V.                                                                                        DO, PHONG



Payslip: Phong Do: 03/20/2021 (Regular) - Complete

01:11 PM
05/20/2021
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Wegmans Food Markets | 1500 Brooks Avenue<br>P.O. Box 30844<br>Rochester, NY 14603-0844<br>United States of America | (800) 934-6267 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Phong Do | 430389 | 03/14/2021 | 03/20/2021 | 03/25/2021 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 433.19 | 0.00 | 74.04 | 0.00 | 359.15 |
| YTD | 433.19 | 0.00 | 74.04 | 0.00 | 359.15 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 03/14/2021 - 03/20/2021 | 8.23 | 13.50 | 111.11 | 8.23 | 111.11 |
| Regular Pay Training | 03/14/2021 - 03/20/2021 | 17.23 | 13.50 | 232.61 | 17.23 | 232.61 |
| Sunday/Holiday $1 per hour - Training | 03/14/2021 - 03/20/2021 | 6.17 | 14.50 | 89.47 | 6.17 | 89.47 |
| | | | Total: | 433.19 | | 433.19 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 26.86 | 26.86 |
| Medicare | 6.28 | 6.28 |
| Federal Withholding | 19.19 | 19.19 |
| State Tax - PA | 13.30 | 13.30 |
| SUI-Employee Paid - PA | 0.26 | 0.26 |
| City Tax - MLCRK | 7.15 | 7.15 |
| PA LST - MLCRK | 1.00 | 1.00 |
| Total: | 74.04 | 74.04 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 433.19 | 433.19 |
| Medicare - Taxable Wages | 433.19 | 433.19 |
| Federal Withholding - Taxable Wages | 433.19 | 433.19 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

## Payment Information



Payslip: Phong Do: 03/20/2021 (Regular) - Complete

01:11 PM
05/20/2021
Page 2 of 2

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******0054 | ******0054 | 359.15 | USD |
| | | Total: | 359.15 | |



Payslip: Phong Do: 03/27/2021 (Regular) - Complete

01:13 PM
05/20/2021
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Wegmans Food Markets | 1500 Brooks Avenue<br>P.O. Box 30844<br>Rochester, NY 14603-0844<br>United States of America | (800) 934-6267 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Phong Do | 430389 | 03/21/2021 | 03/27/2021 | 04/01/2021 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 423.63 | 0.00 | 71.88 | 1.50 | 350.25 |
| YTD | 856.82 | 0.00 | 145.92 | 1.50 | 709.40 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | | | 8.23 | 111.11 |
| Regular Pay Training | 03/21/2021 - 03/27/2021 | 31.38 | 13.50 | 423.63 | 48.61 | 656.24 |
| Sunday/Holiday $1 per hour - Training | | | | | 6.17 | 89.47 |
| | | | Total: | 423.63 | | 856.82 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 26.26 | 53.12 |
| Medicare | 6.14 | 12.42 |
| Federal Withholding | 18.23 | 37.42 |
| State Tax - PA | 13.01 | 26.31 |
| SUI-Employee Paid - PA | 0.25 | 0.51 |
| City Tax - MLCRK | 6.99 | 14.14 |
| PA LST - MLCRK | 1.00 | 2.00 |
| Total: | 71.88 | 145.92 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| United Way (UWER) | 1.50 | 1.50 |
| Total: | 1.50 | 1.50 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 423.63 | 856.82 |
| Medicare - Taxable Wages | 423.63 | 856.82 |
| Federal Withholding - Taxable Wages | 423.63 | 856.82 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | |



Payslip: Phong Do: 03/27/2021 (Regular) - Complete

01:13 PM
05/20/2021
Page 2 of 2

| Description | Federal | Work State |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******0054 | ******0054 | 350.25 | USD |
| | | Total: | 350.25 | |



Payslip: Phong Do: 04/03/2021 (Regular) - Complete

01:14 PM
05/20/2021
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Wegmans Food Markets | 1500 Brooks Avenue P.O. Box 30844 Rochester, NY 14603-0844 United States of America | (800) 934-6267 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Phong Do | 430389 | 03/28/2021 | 04/03/2021 | 04/08/2021 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 443.22 | 0.00 | 76.50 | 1.50 | 365.22 |
| YTD | 1,300.04 | 0.00 | 222.42 | 3.00 | 1,074.62 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 03/28/2021 - 04/03/2021 | 23.83 | 13.50 | 321.71 | 32.06 | 432.82 |
| Regular Pay Training | | | | | 48.61 | 656.24 |
| Sunday/Holiday $1 per hour - Training | 03/28/2021 - 04/03/2021 | 8.38 | 14.50 | 121.51 | 14.55 | 210.98 |
| | | | Total: | 443.22 | | 1,300.04 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 27.48 | 80.60 |
| Medicare | 6.43 | 18.85 |
| Federal Withholding | 20.40 | 57.82 |
| State Tax - PA | 13.61 | 39.92 |
| SUI-Employee Paid - PA | 0.27 | 0.78 |
| City Tax - MLCRK | 7.31 | 21.45 |
| PA LST - MLCRK | 1.00 | 3.00 |
| Total: | 76.50 | 222.42 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| United Way (UWER) | 1.50 | 3.00 |
| Total: | 1.50 | 3.00 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 443.22 | 1,300.04 |
| Medicare - Taxable Wages | 443.22 | 1,300.04 |
| Federal Withholding - Taxable Wages | 443.22 | 1,300.04 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | |



Payslip: Phong Do: 04/03/2021 (Regular) - Complete

01:14 PM
05/20/2021
Page 2 of 2

| Description | Federal | Work State |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******0054 | ******0054 | 365.22 | USD |
| | | Total: | 365.22 | |



Payslip: Phong Do: 04/10/2021 (Regular) - Complete

01:14 PM
05/20/2021
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Wegmans Food Markets | 1500 Brooks Avenue<br>P.O. Box 30844<br>Rochester, NY 14603-0844<br>United States of America | (800) 934-6267 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Phong Do | 430389 | 04/04/2021 | 04/10/2021 | 04/15/2021 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 422.76 | 0.00 | 71.69 | 1.50 | 349.57 |
| YTD | 1,722.80 | 0.00 | 294.11 | 4.50 | 1,424.19 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 04/04/2021 - 04/10/2021 | 23.85 | 13.50 | 321.98 | 55.91 | 754.80 |
| Regular Pay Training | | | | | 48.61 | 656.24 |
| Sunday/Holiday $1 per hour - Training | 04/04/2021 - 04/10/2021 | 6.95 | 14.50 | 100.78 | 21.50 | 311.76 |
| | | | Total: | 422.76 | | 1,722.80 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 26.21 | 106.81 |
| Medicare | 6.13 | 24.98 |
| Federal Withholding | 18.14 | 75.96 |
| State Tax - PA | 12.98 | 52.90 |
| SUI-Employee Paid - PA | 0.25 | 1.03 |
| City Tax - MLCRK | 6.98 | 28.43 |
| PA LST - MLCRK | 1.00 | 4.00 |
| Total: | 71.69 | 294.11 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| United Way (UWER) | 1.50 | 4.50 |
| Total: | 1.50 | 4.50 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 422.76 | 1,722.80 |
| Medicare - Taxable Wages | 422.76 | 1,722.80 |
| Federal Withholding - Taxable Wages | 422.76 | 1,722.80 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | |



Payslip: Phong Do: 04/10/2021 (Regular) - Complete

01:14 PM
05/20/2021
Page 2 of 2

| Description | Federal | Work State |
|---|---|---|
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******0054 | ******0054 | 349.57 | USD |
| | | Total | 349.57 | |



Payslip: Phong Do: 04/17/2021 (Regular) - Complete

01:14 PM
05/20/2021
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Wegmans Food Markets | 1500 Brooks Avenue<br>P.O. Box 30844<br>Rochester, NY 14603-0844<br>United States of America | (800) 934-6267 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Phong Do | 430389 | 04/11/2021 | 04/17/2021 | 04/22/2021 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 450.71 | 0.00 | 78.34 | 1.50 | 370.87 |
| YTD | 2,173.51 | 0.00 | 372.45 | 6.00 | 1,795.06 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 04/11/2021 - 04/17/2021 | 24.60 | 13.50 | 332.10 | 80.51 | 1,086.90 |
| Regular Pay Training | | | | | 48.61 | 656.24 |
| Sunday/Holiday $1 per hour | 04/11/2021 - 04/17/2021 | 8.18 | 14.50 | 118.61 | 8.18 | 118.61 |
| Sunday/Holiday $1 per hour - Training | | | | | 21.50 | 311.76 |
| | | | Total: | 450.71 | | 2,173.51 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 27.95 | 134.76 |
| Medicare | 6.54 | 31.52 |
| Federal Withholding | 21.30 | 97.26 |
| State Tax - PA | 13.84 | 66.74 |
| SUI-Employee Paid - PA | 0.27 | 1.30 |
| City Tax - MLCRK | 7.44 | 35.87 |
| PA LST - MLCRK | 1.00 | 5.00 |
| Total: | 78.34 | 372.45 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| United Way (UWER) | 1.50 | 6.00 |
| Total: | 1.50 | 6.00 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 450.71 | 2,173.51 |
| Medicare - Taxable Wages | 450.71 | 2,173.51 |
| Federal Withholding - Taxable Wages | 450.71 | 2,173.51 |

## Withholding



Payslip: Phong Do: 04/17/2021 (Regular) - Complete

01:14 PM
05/20/2021
Page 2 of 2

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

**Payment Information**

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******0054 | ******0054 | 370.87 | USD |
| | | Total: | 370.87 | |



Payslip: Phong Do: 04/24/2021 (Regular) - Complete

01:15 PM
05/20/2021
Page 1 of 2

## Company Information

| Name | Address | Phone |
|---|---|---|
| Wegmans Food Markets | 1500 Brooks Avenue<br>P.O. Box 30844<br>Rochester, NY 14603-0844<br>United States of America | (800) 934-6267 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Phong Do | 430389 | 04/18/2021 | 04/24/2021 | 04/29/2021 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 421.99 | 0.00 | 71.51 | 1.50 | 348.98 |
| YTD | 2,595.50 | 0.00 | 443.96 | 7.50 | 2,144.04 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 04/18/2021 - 04/24/2021 | 23.17 | 13.50 | 312.80 | 103.68 | 1,399.70 |
| Regular Pay Training | | | | | 48.61 | 656.24 |
| Sunday/Holiday $1 per hour | 04/18/2021 - 04/24/2021 | 7.53 | 14.50 | 109.19 | 15.71 | 227.80 |
| Sunday/Holiday $1 per hour - Training | | | | | 21.50 | 311.76 |
| | | | Total: | 421.99 | | 2,595.50 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 26.16 | 160.92 |
| Medicare | 6.11 | 37.63 |
| Federal Withholding | 18.06 | 115.32 |
| State Tax - PA | 12.96 | 79.70 |
| SUI-Employee Paid - PA | 0.26 | 1.56 |
| City Tax - MLCRK | 6.96 | 42.83 |
| PA LST - MLCRK | 1.00 | 6.00 |
| Total: | 71.51 | 443.96 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| United Way (UWER) | 1.50 | 7.50 |
| Total: | 1.50 | 7.50 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 421.99 | 2,595.50 |
| Medicare - Taxable Wages | 421.99 | 2,595.50 |
| Federal Withholding - Taxable Wages | 421.99 | 2,595.50 |

## Withholding



Payslip: Phong Do: 04/24/2021 (Regular) - Complete

01:15 PM
05/20/2021
Page 2 of 2

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| PNC Bank | PNC Bank ******0054 | ******0054 | 348.98 | USD |
| | | Total: | 348.98 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10246-TPA |
| | : | |
| Phong Quoc Do, | : | CHAPTER 7 |
| Debtor | : | |
| | : | |
| Phong Quoc Do, | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, Phong Quoc Do, hereby state as follows:

1.) I am employed by Wegmans Food Markets where I bring home an average of $1,165.42 per month.
2.) I was unemployed within the last 60 days and received unemployment in the average amount of $1,062.00 per month.
3.) I was required to file 2019 – 2020 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: May 26, 2021                               /s/ Phong Quoc Do
                                                 Debtor