# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 21-10246-TPA |
| | : | |
| Phong Quoc Do, | : | Chapter 7 |
|     Debtor | : | |
| | : | |
| Phong Quoc Do, | : | Docket No.: |
|     Movant | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Movant(s) Incorrect Address:
3817 Sunset Boulevard
Erie, PA 16504

Movant(s) Correct Address:
2812 East 33rd Street
Erie, PA 16510

                                                              Respectfully Submitted,

Date:  June 30, 2021                              /s/ Daniel P. Foster, Esquire
                                                              Daniel P. Foster, Esquire
                                                              PA I.D. #92376
                                                             FOSTER LAW OFFICES, LLC
                                                             1210 Park Avenue
                                                             Meadville, PA 16335
                                                             Tel: 814.724.1165
                                                             Fax: 814.724.1158
                                                             Dan@MrDebtBuster.com
                                                             Attorney for Debtor