**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Phong Quoc Do** | Social Security number or ITIN  xxx−xx−1120 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **21−10246−TPA**

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Phong Quoc Do

9/1/21                                                                                         **By the court:**  Thomas P. Agresti
                                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Phong Quoc Do  
    Debtor

Case No. 21-10246-TPA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: admin      Page 1 of 2  
Date Rcvd: Sep 01, 2021      Form ID: 318      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phong Quoc Do, 2812 East 33rd Street, Erie, PA 16510-2903 |
| 15372748 | #+ | American Express, P.O. Box 8218, Mason, OH 45040-8218 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBSPERO.COM | Sep 02 2021 07:28:00 | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |
| smg | | EDI: PENNDEPTREV | Sep 02 2021 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 02 2021 07:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 03:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15372747 | + | EDI: AMEREXPR.COM | Sep 02 2021 07:28:00 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15372749 | + | EDI: CAPITALONE.COM | Sep 02 2021 07:28:00 | Capital One Bank USA, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15372750 | + | EDI: CITICORP.COM | Sep 02 2021 07:28:00 | Citibank/Sears, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15372751 | + | EDI: CITICORP.COM | Sep 02 2021 07:28:00 | Citibank/The Home Depot, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15372752 | + | EDI: NAVIENTFKASMDOE.COM | Sep 02 2021 07:28:00 | Department of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15372753 | + | EDI: NAVIENTFKASMDOE.COM | Sep 02 2021 07:28:00 | Departmentt of Education/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15372754 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 02 2021 03:34:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15372756 | + | EDI: JPMORGANCHASE | Sep 02 2021 07:28:00 | JP Morgan Chase Bank Student, P.O. Box 182057, Columbus, OH 43218-2057 |

District/off: 0315-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 01, 2021 | Form ID: 318 | Total Noticed: 16

| | | | | |
|---|---|---|---|---|
| 15372755 | EDI: JPMORGANCHASE | Sep 02 2021 07:28:00 | JP Morgan Chase Bank Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15372757 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2021 03:34:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 15372758 | + EDI: RMSC.COM | Sep 02 2021 07:28:00 | Synchrony Bank / JC Pennys, P.O. Box 965007, Orlando, FL 32896-5007 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| aty | *+ | Joseph B. Spero, 3213 West 26th Street, Erie, PA 16506-2507 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Phong Quoc Do dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joseph B. Spero | on behalf of Trustee Joseph B. Spero sperolaw@neohio.twcbc.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Joseph B. Spero | sperolaw@neohio.twcbc.com jspero@ecf.axosfs.com;legalmom18@hotmail.com |
| Maria Miksich | on behalf of Creditor FLAGSTAR BANK FSB mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5